# BLOXTrade Trade Confirmation



BLOXTrade, a BCMG Company

ACTION REQUIRED - BLOXTrade Trade Confirmation for Transaction
#: 0527062720180004101

Below is a PDF copy of your BLOXTrade trade confirmation for transaction
0527062720180004101, as well as a downloadable link for the final schedule of assets for this
transaction.

**You must submit any changes to the attached final confirmation by June 28, 2018**

As per your BLOXTrade Master Brokerage Agreement, all below trade details will be considered
correct and confirmed if BLOXTrade does not receive edits to this confirmation within 24 hours
from June 27, 2018.

You will receive and email from LienClear shortly with instructions on how to begin the post-
trade assignment process.

We appreciate your business, and value the confidence that you have placed in BLOXTrade as
your tax lien broker.

Kind Regards,
Tom McOsker
646-568-3243

Document Ref: GEDG9-VC54Z-DHBYX-OSDOM



# Trade Confirmation

**\*\*Customer is solely responsible for confirming all transaction details below, which shall be presumed to be accurate, confirmed and binding upon Customer _within 24 hours after delivery thereof_ to Customer unless Customer communicates in writing to BloxTrade otherwise within such period\*\***

| | |
|---|---|
| Client: | Ebury Street Capital, LLC |
| Attn: | John Hanratty |
| From: | BLOXTrade LLC |
| Date: | June 27, 2018 |

Customer and BloxTrade LLC ("BloxTrade"), hereby agree that this communication confirms the terms and conditions of the Transaction (as defined in the Master Brokerage Services Agreement by and between Customer and BloxTrade) entered into as of the "Trade Date" specified below as follows:

### Trade Details

| | |
|---|---|
| Trade Confirmation Number: | 0527062720180004101 |
| Product ID: | BXT_Blox_AL_0527 |
| State: | Alabama |
| Number of Counties: | 1 |
| Number of Certificates: | 41 |
| Trade Type: | Tax Lien Certificates |
| Notional Amount: | 413,635.99 (88% of Redemptive Value) |
| Trade Date: | June 27, 2018 |
| Effective Date: | June 28, 2018 |

| | |
|---|---|
| Documentation: | Purchase & Sale, Escrow, Servicer Agreements |
| Buyer of Tax Lien Pool: | LienClear-0001, LLC |
| Seller of Tax Lien Pool: | Ebury Street Capital, LLC |
| Payment Terms: | Cash payment upon successful transfer of assets. |
| Brokerage commission payable by Customer to BloxTrade: | 0 |
| Notes | |

To View the Schedule of Assets, Please Click Here

Please sign here if approved:   *John Hauratty*

**The terms and conditions governing this Transaction and the relationship between Customer and BloxTrade relating thereto are set forth in the Master Brokerage Services Agreement currently in effect between such parties.**

In providing services to Customer pursuance to such agreement, BloxTrade (i) acts solely as an independent broker and not as an agent or fiduciary of Customer or any related counterparty and (ii) at no time assumes a principal position in any trade or Transaction. Customer and the respective counterparty to a Transaction shall be wholly responsible for the settlement of each Transaction and will not rely on BloxTrade therefor. Customer is solely responsible for confirming all Transaction details, which shall be presumed to be accurate, confirmed and binding upon Customer within 24 hours after delivery thereof to Customer unless Customer communicates in writing to BloxTrade otherwise within such period. BloxTrade will not be responsible or held liable for trade differences or transaction detail discrepancies that arise as a result of Customer's failure to check the transaction details set forth above and communicate the same to BloxTrade within such 24-hour period. This Transaction Confirmation does not constitute an offering of securities, tax liens, tax deeds or other products by or on behalf of BloxTrade or its Affiliates.

# Signature Certificate

Document Ref.: GEDG9-VC54Z-DHBYX-OSDOM

Document signed by:



**John Hanratty**

Verified E-mail:
jh@eburycap.com


John Hanratty

IP: 68.196.5.107    Date. 27 Jun 2018 17:31:02 UTC

Document completed by all parties on:
27 Jun 2018 17:31:02 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

