Exhibit C

# BLOXTrade Trade Confirmation



BLOXTrade, a BCMG Company

ACTION REQUIRED - BLOXTrade Trade Confirmation for Transaction #: 0527092820180024201

Below is a PDF copy of your BLOXTrade trade confirmation for transaction 0527092820180024201, as well as a downloadable link for the final schedule of assets for this transaction.

**You must submit any changes to the attached final confirmation by October 1, 2018**

As per your BLOXTrade Master Brokerage Agreement, all below trade details will be considered correct and confirmed if BLOXTrade does not receive edits to this confirmation within 24 hours from September 28, 2018.

You will receive and email from LienClear shortly with instructions on how to begin the post-trade assignment process.

We appreciate your business, and value the confidence that you have placed in BLOXTrade as your tax lien broker.

Kind Regards,
Andrew Adler
646-665-4911

Document Ref: OVWMJR-NJPRZ-ZZXLP-9VFZ0



# Trade Confirmation

***Customer is solely responsible for confirming all transaction details below, which shall be presumed to be accurate, confirmed and binding upon Customer <u>within 24 hours after delivery thereof</u> to Customer unless Customer communicates in writing to BloxTrade otherwise within such period***

Client:      Ebury Street Capital, LLC
Attn:      John Hanratty
From:      BLOXTrade LLC
Date:      September 28, 2018

Customer and BloxTrade LLC ("BloxTrade"), hereby agree that this communication confirms the terms and conditions of the Transaction (as defined in the Master Brokerage Services Agreement by and between Customer and BloxTrade) entered into as of the "Trade Date" specified below as follows:

### Trade Details

| | |
|---|---|
| Trade Confirmation Number: | 0527092820180024201 |
| Product ID: | Blox_AL_0527 |
| State: | Alabama |
| Number of Counties: | 6 |
| Number of Certificates: | 242 |
| Trade Type: | Tax Lien Certificates |
| Notional Amount: | $834,291.64 (84.50% of Redemptive Value) |
| Trade Date: | September 28, 2018 |

| | |
|---|---|
| Effective Date: | October 1, 2018 |
| Documentation: | Purchase & Sale, Escrow, Servicer Agreements |
| Buyer of Tax Lien Pool: | LienClear-0001, LLC |
| Seller of Tax Lien Pool: | EB 1EMIALA LLC & EB 2EMIALA LLC |
| Payment Terms: | Cash payment upon successful transfer of assets. |
| Brokerage commission payable by Customer to BloxTrade: | $0 |
| Notes | |

To Download the Schedule of Assets, Please Click Here

Please sign here if approved: *John Hawratty*

**The terms and conditions governing this Transaction and the relationship between Customer and BloxTrade relating thereto are set forth in the Master Brokerage Services Agreement currently in effect between such parties.**

In providing services to Customer pursuance to such agreement, BloxTrade (i) acts solely as an independent broker and not as an agent or fiduciary of Customer or any related counterparty and (ii) at no time assumes a principal position in any trade or Transaction. Customer and the respective counterparty to a Transaction shall be wholly responsible for the settlement of each Transaction and will not rely on BloxTrade therefor. Customer is solely responsible for confirming all Transaction details, which shall be presumed to be accurate, confirmed and binding upon Customer within 24 hours after delivery thereof to Customer unless Customer communicates in writing to BloxTrade otherwise within such period. BloxTrade will not be responsible or held liable for trade differences or transaction detail discrepancies that arise as a result of Customer's failure to check the transaction details set forth above and communicate the same to BloxTrade within such 24-hour period. This Transaction Confirmation does not constitute an offering of securities, tax liens, tax deeds or other products by or on behalf of BloxTrade or its Affiliates.

# Schedule of Assets

| Certificate # | APN | Rank | Premium / Overbid | Total Redeemable Fees | Tax Year | Original Auction Date | Issuer | Tax Face Value | Interest Rate | Accrued Interest | Redemption Value Date | Redemption Value | Property Type | Tax Street Address | City, State, Zip | Property Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15708 | 32-06-3-001-027.000 | O | $ 2,000.00 | $ - | 2016 | 5/10/2017 | Baldwin | $ 2,451.04 | 12.00% | $ 415.86 | 10/1/18 | $ 2,866.90 | Residential | 308 Marcella AVE | - | 36527 |
| 15708 | 32-06-26-3-001-027.000 | S1 | $ - | $ 365.00 | 2017 | 2/28/2018 | Baldwin | $ 425.22 | 12.00% | $ 30.47 | 10/1/18 | $ 455.69 | Residential | 308 Marcella AVE | - | 36527 |
| 74163 | 32-09-37-0-002-001.065 | S1 | $ - | $ - | 2017 | 2/28/2018 | Baldwin | $ 502.35 | 12.00% | $ 36.00 | 10/1/18 | $ 538.35 | Residential | 17861 Section St Unit #6 | - | 36532 |
| 74163 | 32-09-37-0-002-001.065 | O | $ 38,000.00 | $ - | 2016 | 5/10/2017 | Baldwin | $ 38,551.67 | 12.00% | $ 2,969.45 | 10/1/18 | $ 41,521.12 | Residential | 17861 Section St Unit #6 | - | 36532 |
| 238292 | 41-09-30-0-000-020.018 | S1 | $ - | $ - | 2016 | 3/31/2017 | Baldwin | $ 313.39 | 12.00% | $ 57.35 | 10/1/18 | $ 370.74 | Residential | 24309 Haynes Ctr | Robertsdale, AL 36567 | 36567 |
| 238292 | 41-09-30-0-000-020.018 | O | $ 4,065.19 | $ - | 2015 | 5/18/2016 | Baldwin | $ 4,308.07 | 12.00% | $ 1,243.60 | 10/1/18 | $ 5,551.67 | Residential | 24309 Haynes Ctr | Robertsdale, AL 36567 | 36567 |
| 200269 | 46-02-09-0-000-016.003-901 | S1 | $ - | $ - | 2017 | 2/28/2018 | Baldwin | $ 273.09 | 12.00% | $ 19.57 | 10/1/18 | $ 292.66 | Residential | 8553 Garden CIR APT A | - | 36532 |
| 200269 | 46-02-09-0-000-016.003-901 | O | $ 13,500.00 | $ - | 2016 | 5/10/2017 | Baldwin | $ 14,231.02 | 12.00% | $ 2,070.95 | 10/1/18 | $ 16,301.97 | Residential | 8553 Garden CIR APT A | - | 36532 |
| 21003 | 46-04-20-1-000-012.000 | S1 | $ - | $ 25.00 | 2017 | 2/28/2018 | Baldwin | $ 352.43 | 12.00% | $ 25.26 | 10/1/18 | $ 377.69 | Residential | 660 Nichols St | - | 36532 |
| 21003 | 46-04-20-1-000-012.000 | O | $ 24,000.00 | $ - | 2016 | 5/10/2017 | Baldwin | $ 24,383.97 | 12.00% | $ 1,986.62 | 10/1/18 | $ 26,370.59 | Residential | 660 Nichols St | - | 36532 |
| 16812 | 48-03-06-2-002-067.000 | O | $ 10,000.00 | $ - | 2016 | 5/10/2017 | Baldwin | $ 10,247.21 | 12.00% | $ 1,738.61 | 10/1/18 | $ 11,985.82 | Residential | 22890 Palmer ST | - | 36567 |
| 16812 | 48-03-06-2-002-067.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Baldwin | $ 206.43 | 12.00% | $ 14.79 | 10/1/18 | $ 221.22 | Residential | 22890 Palmer ST | - | 36567 |
| 99177 | 61-01-12-0-000-006.002 | S2 | $ - | $ - | 2017 | 2/28/2018 | Baldwin | $ 361.16 | 12.00% | $ 25.88 | 10/1/18 | $ 387.04 | Residential | 781 Wilson Rd | Elberta, AL 36530 | 36530 |
| 99177 | 61-01-12-0-000-006.002 | S1 | $ - | $ - | 2016 | 3/31/2017 | Baldwin | $ 386.64 | 12.00% | $ 70.76 | 10/1/18 | $ 457.40 | Residential | 19981 State Highway 59 | - | 36530 |
| 99177 | 61-01-12-0-000-006.002 | O | $ 13,089.81 | $ - | 2015 | 5/18/2016 | Baldwin | $ 13,413.85 | 12.00% | $ 3,856.31 | 10/1/18 | $ 17,270.16 | Residential | 19981 State Highway 59 | - | 36530 |
| 40358 | 09-03-05-2-002-070.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 414.98 | 12.00% | $ 29.74 | 10/1/18 | $ 444.72 | Residential | 311 N Center Ave | - | 36272 |
| 40358 | 09-03-05-2-002-070.000 | S1 | $ - | $ - | 2016 | 1/9/2017 | Calhoun | $ 402.17 | 12.00% | $ 84.46 | 10/1/18 | $ 486.63 | Residential | 311 N Center Ave | - | 36272 |
| 40358 | 09-03-05-2-002-070.000 | O | $ 11,219.36 | $ 150.00 | 2015 | 5/3/2016 | Calhoun | $ 12,000.00 | 12.00% | $ 3,524.00 | 10/1/18 | $ 15,524.00 | Residential | 311 N Center Ave | - | 36272 |
| 6454 | 13-05-21-0-000-045.000 | S2 | $ - | $ - | 2017 | 2/26/2018 | Calhoun | $ 631.48 | 12.00% | $ 45.26 | 10/1/18 | $ 676.74 | Residential | 988 Mount View Rd | - | 36250 |
| 6454 | 13-05-21-0-000-045.000 | O | $ 249.06 | $ - | 2015 | 5/3/2016 | Calhoun | $ 1,000.00 | 12.00% | $ 293.67 | 10/1/18 | $ 1,293.67 | Residential | 988 Mount View Rd | - | 36250 |
| 6454 | 13-05-21-0-000-045.000 | S1 | $ - | $ - | 2016 | 1/9/2017 | Calhoun | $ 615.00 | 12.00% | $ 129.15 | 10/1/18 | $ 744.15 | Residential | 988 Mount View Rd | - | 36250 |
| 49728 | 13-07-36-0-001-020.000 | S1 | $ - | $ - | 2016 | 1/9/2017 | Calhoun | $ 461.20 | 12.00% | $ 96.85 | 10/1/18 | $ 558.05 | Residential | 847 Glenvale Rd | - | 36250 |
| 49728 | 13-07-36-0-001-020.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 481.45 | 12.00% | $ 34.50 | 10/1/18 | $ 515.95 | Residential | 847 Glenvale Rd | - | 36250 |
| 49728 | 13-07-36-0-001-020.000 | O | $ 7,959.02 | $ - | 2015 | 5/3/2016 | Calhoun | $ 8,500.00 | 12.00% | $ 2,496.17 | 10/1/18 | $ 10,996.17 | Residential | 847 Glenvale Rd | - | 36250 |
| 5448 | 14-07-35-0-000-011.001 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 398.68 | 12.00% | $ 27.93 | 10/1/18 | $ 417.62 | Residential | 428 Ingram Wells Rd | - | 36271 |
| 5448 | 14-07-35-0-000-011.001 | O | $ 5,044.13 | $ - | 2015 | 5/3/2016 | Calhoun | $ 5,500.00 | 12.00% | $ 1,615.17 | 10/1/18 | $ 7,115.17 | Residential | 428 Ingram Wells Rd | - | 36271 |
| 5448 | 14-07-35-0-000-011.001 | S1 | $ - | $ - | 2016 | 1/9/2017 | Calhoun | $ 377.29 | 12.00% | $ 79.23 | 10/1/18 | $ 456.52 | Residential | 428 Ingram Wells Rd | - | 36271 |
| 72766 | 18-04-20-2-001-067.000 | O | $ 72.72 | $ - | 2015 | 5/3/2016 | Calhoun | $ 500.00 | 12.00% | $ 146.83 | 10/1/18 | $ 646.83 | Residential | 717 Mimosa Dr | - | 36206 |
| 72766 | 18-04-20-2-001-067.000 | S1 | $ - | $ - | 2016 | 1/9/2017 | Calhoun | $ 361.75 | 12.00% | $ 75.97 | 10/1/18 | $ 437.72 | Residential | 717 Mimosa Dr | - | 36206 |
| 72766 | 18-04-20-2-001-067.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 373.87 | 12.00% | $ 26.79 | 10/1/18 | $ 400.66 | Residential | 717 Mimosa Dr | - | 36206 |
| 25562 | 18-09-31-3-002-064.000 | S1 | $ - | $ 405.00 | 2016 | 1/9/2017 | Calhoun | $ 424.75 | 12.00% | $ 89.20 | 10/1/18 | $ 513.95 | Residential | 2503 McDaniel Ave | - | 36201 |
| 25562 | 18-09-31-3-002-064.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 437.95 | 12.00% | $ 31.39 | 10/1/18 | $ 469.34 | Residential | 2503 McDaniel Ave | - | 36201 |
| 25562 | 18-09-31-3-002-064.000 | O | $ 1,006.36 | $ - | 2015 | 5/3/2016 | Calhoun | $ 1,500.00 | 12.00% | $ 440.50 | 10/1/18 | $ 1,940.50 | Residential | 2503 McDaniel Ave | - | 36201 |
| 2118 | 21-04-19-2-001-004.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Calhoun | $ 354.25 | 12.00% | $ 25.39 | 10/1/18 | $ 379.64 | Residential | 709 Quail Dr | - | 36201 |
| 2118 | 21-04-19-2-001-004.000 | S1 | $ - | $ 800.00 | 2016 | 1/9/2017 | Calhoun | $ 342.47 | 12.00% | $ 71.92 | 10/1/18 | $ 414.39 | Residential | 709 Quail Dr | - | 36201 |
| 2118 | 21-04-19-2-001-004.000 | O | $ 598.87 | $ - | 2015 | 5/3/2016 | Calhoun | $ 1,000.00 | 12.00% | $ 293.67 | 10/1/18 | $ 1,293.67 | Residential | 709 Quail Dr | - | 36201 |
| 39816 | 03-03-07-0-001-038.001 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 470.14 | 12.00% | $ 33.69 | 10/1/18 | $ 503.83 | Residential | 9036 Highway 43 | - | 35645 |
| 39816 | 03-03-07-0-001-038.001 | O | $ 3,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 3,323.28 | 12.00% | $ 968.18 | 10/1/18 | $ 4,291.46 | Residential | 9036 Highway 43 | - | 35645 |
| 39816 | 03-03-07-0-001-038.001 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 424.05 | 12.00% | $ 87.50 | 10/1/18 | $ 511.55 | Residential | 9036 Highway 43 | - | 35645 |
| 73695 | 04-05-21-0-000-013.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 221.36 | 12.00% | $ 15.86 | 10/1/18 | $ 237.22 | Residential | 375 Valley Crest Dr | - | 35634 |
| 73695 | 04-05-21-0-000-013.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 189.73 | 12.00% | $ 39.15 | 10/1/18 | $ 228.88 | Residential | 375 Valley Crest Dr | - | 35634 |
| 73695 | 04-05-21-0-000-013.000 | O | $ 2,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 2,315.58 | 12.00% | $ 674.61 | 10/1/18 | $ 2,990.19 | Residential | 375 Valley Crest Dr | - | 35634 |
| 14561 | 07-03-08-0-000-002.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 129.64 | 12.00% | $ 26.75 | 10/1/18 | $ 156.39 | Residential | County Road 126 | - | 35677 |
| 14561 | 07-03-08-0-000-002.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 161.38 | 12.00% | $ 11.57 | 10/1/18 | $ 172.95 | Residential | County Road 126 | - | 35677 |
| 14561 | 07-03-08-0-000-002.000 | O | $ 6,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 6,249.07 | 12.00% | $ 1,344.23 | 10/1/18 | $ 7,593.30 | Residential | County Road 126 | - | 35677 |
| 14178 | 15-07-36-4-001-014.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 919.78 | 12.00% | $ 189.78 | 10/1/18 | $ 1,109.56 | Residential | 2226 Windcrest Dr | - | 35630 |
| 14178 | 15-07-36-4-001-014.000 | O | $ 10,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 10,516.92 | 12.00% | $ 3,063.93 | 10/1/18 | $ 13,580.84 | Residential | 2226 Windcrest Dr | - | 35630 |
| 14178 | 15-07-36-4-001-014.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 1,010.61 | 12.00% | $ 72.43 | 10/1/18 | $ 1,083.04 | Residential | 2226 Windcrest Dr | - | 35630 |
| 75248 | 1601320000013004 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 126.10 | 12.00% | $ 26.02 | 10/1/18 | $ 152.12 | Residential | 501 County Road 170 | - | 35645 |
| 75248 | 1601120000013004 | O | $ 2,000.00 | $ - | 2014 | 5/5/2015 | Lauderdale | $ 2,228.75 | 12.00% | $ 270.48 | 10/1/18 | $ 2,499.23 | Residential | 501 County Road 170 | - | 35645 |
| 34704 | 16-09-31-3-001-035.000 | O | $ 10,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 11,229.41 | 12.00% | $ 3,271.50 | 10/1/18 | $ 14,500.91 | Commercial | 2567 Mall Rd | - | 35630 |
| 34704 | 16-09-31-3-001-035.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 1,189.54 | 12.00% | $ 85.25 | 10/1/18 | $ 1,274.79 | Commercial | 2567 Mall Rd | - | 35630 |
| 34704 | 16-09-31-3-001-035.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 1,089.04 | 12.00% | $ 224.71 | 10/1/18 | $ 1,313.75 | Commercial | 2567 Mall Rd | - | 35630 |
| 23430 | 17-04-19-3-001-037.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 366.16 | 12.00% | $ 26.24 | 10/1/18 | $ 392.40 | Residential | 134 Bridge Rd | - | 35645 |
| 23430 | 17-04-19-3-001-037.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 343.01 | 12.00% | $ 70.77 | 10/1/18 | $ 413.78 | Residential | 134 Bridge Rd | - | 35645 |
| 23430 | 17-04-19-3-001-037.000 | O | $ 2,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 2,477.65 | 12.00% | $ 721.82 | 10/1/18 | $ 3,199.47 | Residential | 134 Bridge Rd | - | 35645 |
| 75997 | 18-09-29-0-002-035.006 | O | $ 5,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 5,459.99 | 12.00% | $ 1,590.68 | 10/1/18 | $ 7,050.67 | Residential | 2381 Highway 101 | - | 35652 |
| 75997 | 18-09-29-0-002-035.006 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 715.34 | 12.00% | $ 147.60 | 10/1/18 | $ 862.94 | Residential | 2381 Highway 101 | - | 35652 |
| 75997 | 18-09-29-0-002-035.006 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 650.78 | 12.00% | $ 46.64 | 10/1/18 | $ 697.42 | Residential | 2381 Highway 101 | - | 35652 |

| Certificate # | APN | Rank | Premium / Overbid | Total Recoverable Fund | Tax Year | Original Auction Date | Issuer | Lien Face Value | Interest Rate | Accrued Interest | Redemptive Value Date | Redemptive Value | Property Type | Full Street Address | City, State, Zip | Property Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37186 | 20-01-01-0-001-099.000 | O | $ 1,000.00 | $ - | 2015 | 5/10/2016 | Lauderdale | $ 1,205.10 | 12.00% | $ 351.09 | 10/1/18 | $ 1,556.18 | Residential | 751 Elk River Shores Dr | - | 3565 |
| 37186 | 20-01-01-0-001-099.000 | S1 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 99.94 | 12.00% | $ 20.62 | 10/1/18 | $ 120.56 | Residential | 751 Elk River Shores Dr | - | 3565 |
| 37186 | 20-01-01-0-001-099.000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 124.25 | 12.00% | $ 8.90 | 10/1/18 | $ 133.15 | Residential | 751 Elk River Shores Dr | - | 3565 |
| 45510 | 2401121005022000 | S3 | $ - | $ - | 2017 | 2/28/2018 | Lauderdale | $ 348.88 | 12.00% | $ 25.00 | 10/1/18 | $ 373.88 | Residential | 115 N Main St | - | 3563 |
| 45510 | 2401121005022000 | O | $ 1,000.00 | $ - | 2014 | 5/5/2015 | Lauderdale | $ 1,417.31 | 12.00% | $ 521.78 | 10/1/18 | $ 2,089.09 | Residential | 115 N Main St | - | 3563 |
| 45510 | 2401121005022000 | S1 | $ - | $ - | 2015 | 2/1/2016 | Lauderdale | $ 308.08 | 12.00% | $ 99.92 | 10/1/18 | $ 408.00 | Residential | 115 N Main St | - | 3563 |
| 45510 | 2401121005022000 | S2 | $ - | $ - | 2016 | 1/20/2017 | Lauderdale | $ 325.90 | 12.00% | $ 67.24 | 10/1/18 | $ 393.14 | Residential | 115 N Main St | - | 3563 |
| 13400 | 08-06-24-4-000-184.001 | O | $ 937.67 | $ - | 2016 | 5/3/2017 | Lee | $ 1,400.00 | 12.00% | $ 240.80 | 10/1/18 | $ 1,640.80 | Residential | 556 Foster ST | - | 3683 |
| 13400 | 08-06-24-4-000-184.001 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 254.32 | 12.00% | $ 18.23 | 10/1/18 | $ 272.55 | Residential | 556 Foster ST | - | 3683 |
| 13400 | 08-06-24-4-000-184.001 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 41.88 | 12.00% | $ 2.97 | 10/1/18 | $ 44.85 | Residential | 556 Foster ST | - | 3683 |
| 13627 | 09-01-12-4-001-041.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 290.50 | 12.00% | $ 20.82 | 10/1/18 | $ 311.32 | Residential | 1201 Elliott AVE | - | 3680 |
| 13627 | 09-01-12-4-001-041.000 | O | $ 3,450.26 | $ - | 2016 | 5/3/2017 | Lee | $ 8,700.00 | 12.00% | $ 1,496.40 | 10/1/18 | $ 10,196.40 | Residential | 1201 Elliott AVE | - | 3680 |
| 13627 | 09-01-12-4-001-041.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 42.14 | 12.00% | $ 2.99 | 10/1/18 | $ 45.13 | Residential | 1201 Elliott AVE | - | 3680 |
| 43608 | 09-04-20-3-000-074.000 | O | $ 3,418.47 | $ - | 2016 | 5/3/2017 | Lee | $ 3,700.00 | 12.00% | $ 636.40 | 10/1/18 | $ 4,336.40 | Residential | 546 Pitts ST | - | 3683 |
| 43608 | 09-04-20-3-000-074.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 36.50 | 12.00% | $ 2.59 | 10/1/18 | $ 39.09 | Residential | 546 Pitts ST | - | 3683 |
| 43608 | 09-04-20-3-000-074.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 207.79 | 12.00% | $ 14.89 | 10/1/18 | $ 222.68 | Residential | 546 Pitts ST | - | 3683 |
| 8340 | 10-03-08-2-001-076.000 | O | $ 2,972.07 | $ - | 2016 | 5/3/2017 | Lee | $ 3,600.00 | 12.00% | $ 619.20 | 10/1/18 | $ 4,219.20 | Residential | 301 Darden ST | - | 3683 |
| 8340 | 10-03-08-2-001-076.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 44.27 | 12.00% | $ 3.14 | 10/1/18 | $ 47.41 | Residential | 301 Darden ST | - | 3683 |
| 8340 | 10-03-08-2-001-076.000 | S1 | $ - | $ - | 2017 | 2/26/2018 | Lee | $ 578.80 | 12.00% | $ 41.48 | 10/1/18 | $ 620.28 | Residential | 301 Darden ST | - | 3683 |
| 29952 | 100418200133000 | O | $ 2,542.08 | $ - | 2015 | 5/4/2016 | Lee | $ 3,000.00 | 12.00% | $ 880.00 | 10/1/18 | $ 3,880.00 | Residential | 1410 South St | - | 3683 |
| 29952 | 100418200133000 | S3 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 38.72 | 12.00% | $ 2.75 | 10/1/18 | $ 41.47 | Residential | 1410 South St | - | 3683 |
| 29952 | 100418200133000 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 507.05 | 12.00% | $ 36.34 | 10/1/18 | $ 543.39 | Residential | 1410 South St | - | 3683 |
| 29952 | 100418200133000 | S1 | $ - | $ - | 2016 | 4/24/2017 | Lee | $ 586.97 | 12.00% | $ 102.72 | 10/1/18 | $ 689.69 | Residential | 1410 South St | - | 3683 |
| 25498 | 10-04-18-3-002-121.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 42.40 | 12.00% | $ 3.01 | 10/1/18 | $ 45.41 | Residential | 807 Powledge AVE | - | 3683 |
| 25498 | 10-04-18-3-002-121.000 | O | $ 3,591.83 | $ - | 2016 | 5/3/2017 | Lee | $ 4,000.00 | 12.00% | $ 688.00 | 10/1/18 | $ 4,688.00 | Residential | 807 Powledge AVE | - | 3683 |
| 25498 | 10-04-18-3-002-121.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 324.48 | 12.00% | $ 23.25 | 10/1/18 | $ 347.73 | Residential | 807 Powledge AVE | - | 3683 |
| 74267 | 10417000008015 | S2 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 1,297.37 | 12.00% | $ 92.98 | 10/1/18 | $ 1,390.35 | Residential | 7133 Lee Road 270 | - | 3685 |
| 74267 | 10417000008015 | S1 | $ - | $ - | 2016 | 4/24/2017 | Lee | $ 1,381.32 | 12.00% | $ 241.73 | 10/1/18 | $ 1,623.05 | Residential | 7133 Lee Road 270 | - | 3685 |
| 74267 | 10417000008015 | S3 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 47.91 | 12.00% | $ 3.40 | 10/1/18 | $ 51.31 | Residential | 7133 Lee Road 270 | - | 3685 |
| 74267 | 10417000008015 | O | $ 5,809.30 | $ - | 2015 | 5/4/2016 | Lee | $ 7,000.00 | 12.00% | $ 2,053.33 | 10/1/18 | $ 9,053.33 | Residential | 7133 Lee Road 270 | - | 3685 |
| 43770 | 15-07-36-0-004-008.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 48.27 | 12.00% | $ 3.43 | 10/1/18 | $ 51.70 | Residential | 178 Lee Road 230 | - | 3687 |
| 43770 | 15-07-36-0-004-008.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 367.34 | 12.00% | $ 26.33 | 10/1/18 | $ 393.67 | Residential | 178 Lee Road 230 | - | 3687 |
| 43770 | 15-07-36-0-004-008.000 | O | $ 21,601.61 | $ - | 2016 | 5/3/2017 | Lee | $ 22,000.00 | 12.00% | $ 2,015.65 | 10/1/18 | $ 24,015.65 | Residential | 178 Lee Road 230 | - | 3687 |
| 12241 | 16-04-20-0-000-026.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 43.96 | 12.00% | $ 3.12 | 10/1/18 | $ 47.08 | Residential | 4747 Lee Road 175 | - | 3687 |
| 12241 | 16-04-20-0-000-026.000 | O | $ 2,326.29 | $ - | 2016 | 5/3/2017 | Lee | $ 2,800.00 | 12.00% | $ 481.60 | 10/1/18 | $ 3,281.60 | Residential | 4747 Lee Road 175 | - | 3687 |
| 12241 | 16-04-20-0-000-026.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 659.06 | 12.00% | $ 47.23 | 10/1/18 | $ 706.29 | Residential | 4747 Lee Road 175 | - | 3687 |
| 11890 | 17-09-31-0-000-010.000 | S1 | $ - | $ - | 2017 | 2/28/2018 | Lee | $ 694.10 | 12.00% | $ 49.74 | 10/1/18 | $ 743.84 | Residential | 391 Lee Road 11 | - | 3680 |
| 11890 | 17-09-31-0-000-010.000 | O | $ - | $ - | 2016 | 5/3/2017 | Lee | $ 764.62 | 12.00% | $ 131.51 | 10/1/18 | $ 896.13 | Residential | 391 Lee Road 11 | - | 3680 |
| 11890 | 17-09-31-0-000-010.000 | S2 | $ - | $ - | 2017 | 3/2/2018 | Lee | $ 44.13 | 12.00% | $ 3.13 | 10/1/18 | $ 47.26 | Residential | 391 Lee Road 11 | - | 3680 |
| 2239 | 14-01-02-4-001-060.000 | O | $ 11,045.90 | $ - | 2016 | 5/5/2017 | Madison | $ 12,000.00 | 12.00% | $ 2,024.15 | 10/1/18 | $ 14,074.15 | Residential | 6229 Maywick DR NW | - | 3581 |
| 10840 | 14-06-23-4-000-035.000 | O | $ 15,223.52 | $ - | 2016 | 5/5/2017 | Madison | $ 18,000.00 | 12.00% | $ 3,084.00 | 10/1/18 | $ 21,084.00 | Commercial | 2002 Poole DR NW | - | 3582 |
| 10840 | 14-06-23-4-000-035.000 | S1 | $ - | $ - | 2016 | 10/17/2017 | Madison | $ 2,590.28 | 12.00% | $ 301.34 | 10/1/18 | $ 2,891.62 | Commercial | 2002 Poole DR NW | - | 3582 |
| 16044 | 14-08-27-2-003-025.000 | S1 | $ - | $ - | 2016 | 10/17/2017 | Madison | $ 962.80 | 12.00% | $ 112.01 | 10/1/18 | $ 1,074.81 | Residential | 2111 Club View CT NW | - | 3582 |
| 16044 | 14-08-27-2-003-025.000 | O | $ 28,469.04 | $ - | 2016 | 5/5/2017 | Madison | $ 29,000.00 | 12.00% | $ 2,224.07 | 10/1/18 | $ 31,224.07 | Residential | 2111 Club View CT NW | - | 3582 |
| 27877 | 17-02-10-3-003-060.000 | S1 | $ - | $ - | 2016 | 10/17/2017 | Madison | $ 1,066.04 | 12.00% | $ 124.02 | 10/1/18 | $ 1,190.06 | Residential | 3200 Cerro Vista ST SW | - | 3580 |
| 27877 | 17-02-10-3-003-060.000 | O | $ 31,810.40 | $ - | 2016 | 5/5/2017 | Madison | $ 33,000.00 | 12.00% | $ 2,565.65 | 10/1/18 | $ 36,004.86 | Residential | 3200 Cerro Vista ST SW | - | 3580 |
| 32664 | 17-05-15-1-004-105.000 | O | $ 30,810.93 | $ - | 2016 | 5/5/2017 | Madison | $ 32,000.00 | 12.00% | $ 2,518.44 | 10/1/18 | $ 34,518.44 | Residential | 3403 Canger RD SW | - | 3580 |
| 32664 | 17-05-15-1-004-105.000 | S1 | $ - | $ - | 2016 | 10/17/2017 | Madison | $ 1,046.32 | 12.00% | $ 121.72 | 10/1/18 | $ 1,168.04 | Residential | 3403 Canger RD SW | - | 3580 |
| 4003382 | R020702090000003.006 | O | $ 1,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 2,836.68 | 12.00% | $ 831.15 | 10/1/18 | $ 3,667.83 | Vacant-Residential | Prine Rd | - | 9898 |
| 4003382 | R020702090000003.006 | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 343.39 | 12.00% | $ 69.25 | 10/1/18 | $ 412.64 | Vacant-Residential | | - | 9898 |
| 89898 | R021609290002006. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 769.62 | 12.00% | $ 155.21 | 10/1/18 | $ 924.83 | Residential | 15131 Moffett Rd | - | 3654 |
| 89898 | R021609290002006. | O | $ 2,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 2,724.49 | 12.00% | $ 798.28 | 10/1/18 | $ 3,522.77 | Residential | 15131 Moffett Rd | - | 3654 |
| 89898 | R021609290002006. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 749.11 | 12.00% | $ 53.69 | 10/1/18 | $ 802.80 | Residential | 15131 Moffett Rd | - | 3654 |
| K00264127 | R022210440005061. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 469.66 | 12.00% | $ 23.27 | 10/1/18 | $ 367.91 | Residential | 1718 Daniels Ave | - | 3661 |
| K00264127 | R022210440005061. | O | $ 5,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 5,364.59 | 12.00% | $ 1,571.82 | 10/1/18 | $ 6,936.41 | Residential | 1718 Daniels Ave | - | 3661 |
| K00264127 | R022210440005061. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 324.06 | 12.00% | $ 65.95 | 10/1/18 | $ 389.41 | Residential | 1718 Daniels Ave | - | 3661 |
| K00318944 | R022306360001003. | S1 | $ - | $ - | 2015 | 3/31/2016 | Mobile | $ 468.30 | 12.00% | $ 142.68 | 10/1/18 | $ 610.98 | Vacant-Residential | 0 | - | 9898 |
| K00318944 | R022306360001003. | O | $ 6,493.55 | $ - | 2014 | 5/26/2015 | Mobile | $ 7,000.00 | 12.00% | $ 612.00 | 10/1/18 | $ 7,612.00 | Vacant-Residential | 0 | - | 9898 |
| K00318944 | R022306360001003. | S2 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 417.93 | 12.00% | $ 84.28 | 10/1/18 | $ 502.21 | Vacant-Residential | 0 | - | 9898 |

Document Ref: QWIUJR-NJPRZ-ZZXLP-9VFZC

| Certificate # | APN | Buid | Premium / Overbid | Total Recoverable Fees | Tax Year | Original Auction Date | Issuer | Tax Face Value | Interest Rate | Accrued Interest | Redemptive Value Date | Redemptive Value | Property Type | Full Street Address | City, State, Zip | Property Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 365358 | R022406134000036. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 783.80 | 12.00% | $ 158.07 | 10/1/18 | $ 941.87 | Residential | 7804 Oak Hill Dr | - | 36575 |
| 365358 | R022406134000036. | O | $ 1,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 1,758.02 | 12.00% | $ 515.10 | 10/1/18 | $ 2,273.12 | Residential | 7804 Oak Hill Dr | - | 36575 |
| 365358 | R022406134000036. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 795.59 | 12.00% | $ 57.02 | 10/1/18 | $ 852.61 | Residential | 7804 Oak Hill Dr | - | 36575 |
| 647438 | R022902440008007. | O | $ 2,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 2,905.76 | 12.00% | $ 851.39 | 10/1/18 | $ 3,757.15 | Residential | 1122 Neely Ave | - | 36610 |
| 647438 | R022902440008007. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 467.39 | 12.00% | $ 94.26 | 10/1/18 | $ 561.65 | Residential | 1122 Neely Ave | - | 36610 |
| 647438 | R022902440008007. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 484.18 | 12.00% | $ 34.70 | 10/1/18 | $ 518.88 | Residential | 1122 Neely Ave | - | 36610 |
| 929552 | R022910283003008. | S1 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 767.43 | 12.00% | $ 55.00 | 10/1/18 | $ 822.43 | Residential | 670 Dauphin Island PKWY | - | 36606 |
| 929552 | R022910283003008. | O | $ 18,000.00 | $ - | 2016 | 5/8/2017 | Mobile | $ 18,847.49 | 12.00% | $ 1,672.25 | 10/1/18 | $ 20,519.74 | Residential | 670 Dauphin Island PKWY | - | 36606 |
| 942788 | R022910370007287. | O | $ 500.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 983.32 | 12.00% | $ 288.11 | 10/1/18 | $ 1,271.43 | Residential | 1008 Bernice Hudson Dr | - | 36605 |
| 942788 | R022910370007287. | S1 | $ - | $ 25.00 | 2016 | 2/3/2017 | Mobile | $ 459.61 | 12.00% | $ 92.69 | 10/1/18 | $ 552.30 | Residential | 1008 Bernice Hudson Dr | - | 36605 |
| 942788 | R022910370007287. | S2 | $ - | $ - | 2017 | 4/20/2018 | Mobile | $ 481.99 | 12.00% | $ 26.35 | 10/1/18 | $ 508.34 | Residential | 1008 Bernice Hudson Dr | - | 36605 |
| 1509479 | R022910380003192. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 711.31 | 12.00% | $ 143.45 | 10/1/18 | $ 854.76 | Residential | 959 Texas St | - | 36604 |
| 1509479 | R022910380003192. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 590.06 | 12.00% | $ 42.29 | 10/1/18 | $ 632.35 | Residential | 959 Texas St | - | 36604 |
| 1509479 | R022910380003192. | O | $ 1,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 1,700.44 | 12.00% | $ 498.23 | 10/1/18 | $ 2,198.67 | Residential | 959 Texas St | - | 36604 |
| 970122 | R022911360004105. | O | $ - | $ - | 2016 | 5/8/2017 | Mobile | $ 825.39 | 12.00% | $ 140.59 | 10/1/18 | $ 965.98 | Residential | 1714 Forrest ST | - | 36605 |
| 970122 | R022911360004105. | S1 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 758.37 | 12.00% | $ 54.35 | 10/1/18 | $ 832.72 | Residential | 1714 Forrest ST | - | 36605 |
| 970211 | R022911360004114. | O | $ 1,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 1,496.10 | 12.00% | $ 438.36 | 10/1/18 | $ 1,934.46 | Residential | 1459 Fairfield St | - | 36606 |
| 970211 | R022911360004114. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 568.05 | 12.00% | $ 40.71 | 10/1/18 | $ 608.76 | Residential | 1459 Fairfield St | - | 36606 |
| 970211 | R022911360004114. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 557.21 | 12.00% | $ 112.37 | 10/1/18 | $ 669.58 | Residential | 1459 Fairfield St | - | 36606 |
| 1034570 | R023209400004015. | S1 | $ - | $ 25.00 | 2016 | 2/3/2017 | Mobile | $ 473.74 | 12.00% | $ 95.54 | 10/1/18 | $ 569.28 | Residential | 3519 Keeling Rd | - | 36605 |
| 1034570 | R023209400004015. | O | $ 2,500.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 3,360.89 | 12.00% | $ 984.74 | 10/1/18 | $ 4,345.63 | Residential | 3519 Keeling Rd | - | 36605 |
| 1034570 | R023209400004015. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 496.85 | 12.00% | $ 35.61 | 10/1/18 | $ 532.46 | Residential | 3519 Keeling Rd | - | 36605 |
| KD1052096 | R023218010003012. | O | $ 24,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 25,359.87 | 12.00% | $ 5,892.19 | 10/1/18 | $ 31,252.06 | Residential | 5932 Bayou Rd | - | 36605 |
| KD1052096 | R023218010003012. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 1,260.34 | 12.00% | $ 90.32 | 10/1/18 | $ 1,350.66 | Residential | 5932 Bayou Rd | - | 36605 |
| KD1052096 | R023218010003012. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 1,231.06 | 12.00% | $ 248.26 | 10/1/18 | $ 1,479.32 | Residential | 5932 Bayou Rd | - | 36605 |
| 1513865 | R023305380001025. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 137.27 | 12.00% | $ 27.68 | 10/1/18 | $ 164.95 | Vacant-Residential | US-90 | - | 99999 |
| 1513865 | R023305380001025. | O | $ 2,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 2,208.14 | 12.00% | $ 513.67 | 10/1/18 | $ 2,721.81 | Vacant-Residential | US-90 | - | 99999 |
| 1166491 | R023401012000006. | O | $ 4,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 4,738.94 | 12.00% | $ 1,388.51 | 10/1/18 | $ 6,127.45 | Residential | 2250 Leroy Stevens Rd | - | 36695 |
| 1166491 | R023401012000006. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 647.26 | 12.00% | $ 46.39 | 10/1/18 | $ 693.65 | Residential | 2250 Leroy Stevens Rd | - | 36695 |
| 1166491 | R023401012000006. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 622.94 | 12.00% | $ 125.63 | 10/1/18 | $ 748.57 | Residential | 2250 Leroy Stevens Rd | - | 36695 |
| KD1177755 | R023405150000020. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 430.71 | 12.00% | $ 30.87 | 10/1/18 | $ 461.58 | Vacant-Residential | McLeod Rd | - | 99999 |
| KD1177755 | R023405150000020. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 408.13 | 12.00% | $ 82.31 | 10/1/18 | $ 490.44 | Vacant-Residential | McLeod Rd | - | 99999 |
| KD1177755 | R023405150000020. | O | $ 1,000.00 | $ 880.00 | 2015 | 5/5/2016 | Mobile | $ 3,533.95 | 12.00% | $ 1,035.45 | 10/1/18 | $ 4,569.40 | Vacant-Residential | McLeod Rd | - | 99999 |
| KD1225105 | R023705150000002. | O | $ 5,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 6,344.18 | 12.00% | $ 1,858.84 | 10/1/18 | $ 8,203.02 | Residential | 9350 Bobby Lowe Rd | - | 36544 |
| KD1225105 | R023705150000002. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 1,229.16 | 12.00% | $ 247.88 | 10/1/18 | $ 1,477.04 | Residential | 9350 Bobby Lowe Rd | - | 36544 |
| KD1225105 | R023705150000002. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 1,511.06 | 12.00% | $ 108.29 | 10/1/18 | $ 1,619.35 | Residential | 9350 Bobby Lowe Rd | - | 36544 |
| 1235407 | R023708330000058. | S2 | $ - | $ - | 2017 | 2/28/2018 | Mobile | $ 366.43 | 12.00% | $ 26.26 | 10/1/18 | $ 392.69 | Vacant-Residential | S Field Rd | - | 99999 |
| 1235407 | R023708330000058. | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 344.37 | 12.00% | $ 69.45 | 10/1/18 | $ 413.82 | Vacant-Residential | S Field Rd | - | 99999 |
| 1235407 | R023708330000058. | O | $ 500.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 1,280.00 | 12.00% | $ 375.04 | 10/1/18 | $ 1,655.04 | Vacant-Residential | S Field Rd | - | 99999 |
| 1957626 | R023804180000001.013 | S1 | $ - | $ - | 2016 | 2/3/2017 | Mobile | $ 1,061.46 | 12.00% | $ 214.06 | 10/1/18 | $ 1,275.52 | Residential | 7400 Murray Heights Dr N | - | 36544 |
| 1957626 | R023804180000001.013 | O | $ 4,000.00 | $ - | 2015 | 5/5/2016 | Mobile | $ 5,085.78 | 12.00% | $ 1,490.13 | 10/1/18 | $ 6,575.91 | Residential | 7400 Murray Heights Dr N | - | 36544 |
| 1957626 | R023804180000001.013 | | $ - | - | 2017 | 2/28/2018 | Mobile | $ 1,193.68 | 12.00% | $ 85.56 | 10/1/18 | $ 1,279.44 | Residential | 7400 Murray Heights Dr N | - | 36544 |
| KD1737286 | R023903010002026.001 | S1 | $ - | - | 2016 | 2/3/2017 | Mobile | $ 446.38 | 12.00% | $ 90.02 | 10/1/18 | $ 536.40 | Vacant-Residential | Hamilton Blvd | - | 99999 |
| KD1737286 | R023903010002026.001 | O | $ 500.00 | - | 2015 | 5/5/2016 | Mobile | $ 1,080.50 | 12.00% | $ 316.59 | 10/1/18 | $ 1,397.09 | Vacant-Residential | Hamilton Blvd | - | 99999 |
| KD1737286 | R023903010002026.001 | S2 | $ - | - | 2017 | 2/28/2018 | Mobile | $ 474.27 | 12.00% | $ 33.99 | 10/1/18 | $ 508.26 | Vacant-Residential | Hamilton Blvd | - | 99999 |
| KD1302931 | R024303060000003. | S1 | $ - | - | 2016 | 2/3/2017 | Mobile | $ 362.04 | 12.00% | $ 73.01 | 10/1/18 | $ 435.05 | Residential | 10539 Mimosa Dr E | - | 36544 |
| KD1302931 | R024303060000003. | O | $ 10,000.00 | - | 2015 | 5/5/2016 | Mobile | $ 10,378.98 | 12.00% | $ 3,041.04 | 10/1/18 | $ 13,420.02 | Residential | 10539 Mimosa Dr E | - | 36544 |
| KD1302931 | R024303060000003. | S2 | $ - | - | 2017 | 2/28/2018 | Mobile | $ 376.64 | 12.00% | $ 26.99 | 10/1/18 | $ 403.63 | Residential | 10539 Mimosa Dr E | - | 36544 |
| 1318078 | R024401010002083. | S2 | $ - | - | 2017 | 2/28/2018 | Mobile | $ 568.60 | 12.00% | $ 40.75 | 10/1/18 | $ 609.35 | Vacant-Residential | Irv Blb Rd | - | 99999 |
| 1318078 | R024401010002083. | S1 | $ - | - | 2016 | 2/3/2017 | Mobile | $ 505.23 | 12.00% | $ 101.89 | 10/1/18 | $ 607.12 | Vacant-Residential | Irv Blb Rd | - | 99999 |
| 1318078 | R024401010002083. | O | $ 2,000.00 | - | 2015 | 5/5/2016 | Mobile | $ 5,120.24 | 12.00% | $ 1,500.23 | 10/1/18 | $ 6,620.47 | Vacant-Residential | Irv Blb Rd | - | 99999 |
| KD0030228 | R020407361000175. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 696.07 | 12.00% | $ 140.37 | 10/1/18 | $ 836.44 | Single Family Residential | 19330 1ST ST | CITRONELLE AL 36522-4102 | 36522-4102 |
| KD0030228 | R020407361000175. | O | $ 5,000.00 | - | 2015 | 5/5/16 | Mobile | $ 8,216.50 | 12.00% | $ 2,407.43 | 10/1/18 | $ 10,623.93 | Single Family Residential | 19330 1ST ST | CITRONELLE AL 36522-4102 | 36522-4102 |
| KD0030228 | R020407361000175. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 707.11 | 12.00% | $ 50.68 | 10/1/18 | $ 757.79 | Single Family Residential | 19330 1ST ST | CITRONELLE AL 36522-4102 | 36522-4102 |
| 150776 | R021908400002001. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 404.97 | 12.00% | $ 29.02 | 10/1/18 | $ 433.99 | Single Family Residential | 5364 DAVIS LN | SATSUMA AL 36572-2630 | 36572-2630 |
| 150776 | R021908400002001. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 390.00 | 12.00% | $ 78.65 | 10/1/18 | $ 468.65 | Single Family Residential | 5364 DAVIS LN | SATSUMA AL 36572-2630 | 36572-2630 |
| 150776 | R021908400002001. | O | $ 1,000.00 | - | 2015 | 5/5/16 | Mobile | $ 1,463.64 | 12.00% | $ 428.85 | 10/1/18 | $ 1,892.49 | Single Family Residential | 5364 DAVIS LN | SATSUMA AL 36572-2630 | 36572-2630 |
| 158386 | R021909321000062. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 1,571.71 | 12.00% | $ 316.96 | 10/1/18 | $ 1,888.67 | Single Family Residential | 1113 FOREST AVE | SARALAND AL 36571-3619 | 36571-3619 |
| 158386 | R021909321000062. | O | $ 5,000.00 | - | 2015 | 5/5/16 | Mobile | $ 6,509.44 | 12.00% | $ 1,907.27 | 10/1/18 | $ 8,416.71 | Single Family Residential | 1113 FOREST AVE | SARALAND AL 36571-3619 | 36571-3619 |

Document Ref: QWMJR-NJPRZ-ZZXLP-9VFZC

| Certificate # | APN | Rank | Premium / Overbid | Total Nonrenewable Fee | Tax Year | Original Auction Date | Issuer | Lien From Value | Interest Rate | Accrued Interest | Redemption Value Date | Redemption Value | Property Type | Full Street Address | City, State, Zip | Property Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 158186 | R021909321000062. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,547.98 | 12.00% | $ 113.81 | 10/1/18 | $ 1,701.79 | Single Family Residential | 1113 FOREST AVE | SARALAND AL 36571-9619 | 36571-9619 |
| K03625232 | R022202092001063.001 | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 826.31 | 12.00% | $ 59.22 | 10/1/18 | $ 885.53 | Single Family Residential | 504 2ND AVE | SARALAND AL 36571-3406 | 36571-3406 |
| K03625232 | R022202092001063.001 | O | $ 10,000.00 | $ 857.99 | 2015 | 5/5/16 | Mobile | $ 10,837.96 | 12.00% | $ 3,027.56 | 10/1/18 | $ 14,723.51 | Single Family Residential | 504 2ND AVE | SARALAND AL 36571-3406 | 36571-3406 |
| 182242 | R022203051000072. | O | $ 12,800.00 | - | 2016 | 5/8/17 | Mobile | $ 13,310.13 | 12.00% | $ 2,256.09 | 10/1/18 | $ 15,566.22 | Single Family Residential | 499 SCOTT DR | SARALAND AL 36571-2928 | 36571-2928 |
| 182242 | R022203051000072. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 483.85 | 12.00% | $ 34.68 | 10/1/18 | $ 518.53 | Single Family Residential | 499 SCOTT DR | SARALAND AL 36571-2928 | 36571-2928 |
| 240206 | R022209440008123. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 960.08 | 12.00% | $ 68.81 | 10/1/18 | $ 1,028.89 | Single Family Residential | 207 ALPINE ST | CHICKASAW AL 36611-2435 | 36611-2435 |
| 240206 | R022209440008123. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,069.04 | 12.00% | $ 182.09 | 10/1/18 | $ 1,251.13 | Single Family Residential | 207 ALPINE ST | CHICKASAW AL 36611-2435 | 36611-2435 |
| K00246157 | R022209440013147. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 339.20 | 12.00% | $ 68.41 | 10/1/18 | $ 407.61 | Single Family Residential | 500 WOODLORE DR | CHICKASAW AL 36611-1622 | 36611-1622 |
| K00246157 | R022209440013147. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 356.49 | 12.00% | $ 25.55 | 10/1/18 | $ 382.04 | Single Family Residential | 500 WOODLORE DR | CHICKASAW AL 36611-1622 | 36611-1622 |
| K00246157 | R022209440013147. | O | $ 10,000.00 | - | 2015 | 5/5/16 | Mobile | $ 10,367.28 | 12.00% | $ 3,037.61 | 10/1/18 | $ 13,404.89 | Single Family Residential | 500 WOODLORE DR | CHICKASAW AL 36611-1622 | 36611-1622 |
| K00317006 | R022306243001039. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 829.29 | 12.00% | $ 59.43 | 10/1/18 | $ 888.72 | Single Family Residential | 1835 GRACE AVE | EIGHT MILE AL 36613-3849 | 36613-3849 |
| K00317006 | R022306243001039. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 820.91 | 12.00% | $ 165.55 | 10/1/18 | $ 986.46 | Single Family Residential | 1835 GRACE AVE | EIGHT MILE AL 36613-3849 | 36613-3849 |
| K00317006 | R022306243001039. | O | $ 10,000.00 | - | 2015 | 5/5/16 | Mobile | $ 10,835.76 | 12.00% | $ 2,925.83 | 10/1/18 | $ 13,761.59 | Single Family Residential | 1835 GRACE AVE | EIGHT MILE AL 36613-3849 | 36613-3849 |
| 355957 | R022403070001029. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 349.12 | 12.00% | $ 25.02 | 10/1/18 | $ 374.14 | Single Family Residential | 5180 LEVERT RD | WILMER AL 36587-8916 | 36587-8916 |
| 355957 | R022403070001029. | O | $ 3,000.00 | - | 2015 | 5/5/16 | Mobile | $ 3,358.00 | 12.00% | $ 983.89 | 10/1/18 | $ 4,341.89 | Single Family Residential | 5180 LEVERT RD | WILMER AL 36587-8916 | 36587-8916 |
| 355957 | R022403070001029. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 336.99 | 12.00% | $ 67.96 | 10/1/18 | $ 404.95 | Single Family Residential | 5180 LEVERT RD | WILMER AL 36587-8916 | 36587-8916 |
| 2107437 | R022407260000002.001 | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,534.24 | 12.00% | $ 109.95 | 10/1/18 | $ 1,644.19 | Single Family Residential | 8566 WARDS LN | SEMMES AL 36575-5348 | 36575-5348 |
| 2107437 | R022407260000002.001 | O | $ 1,000.00 | - | 2016 | 5/8/17 | Mobile | $ 2,724.33 | 12.00% | $ 464.04 | 10/1/18 | $ 3,188.37 | Single Family Residential | 8566 WARDS LN | SEMMES AL 36575-5348 | 36575-5348 |
| 381358 | R022409300000027. | O | $ 22,000.00 | - | 2016 | 5/8/17 | Mobile | $ 22,988.04 | 12.00% | $ 2,544.45 | 10/1/18 | $ 25,532.49 | Single Family Residential | 3240 NORMANDY DR E | SEMMES AL 36575-6022 | 36575-6022 |
| 381358 | R022409300000027. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 930.07 | 12.00% | $ 66.66 | 10/1/18 | $ 996.73 | Single Family Residential | 3240 NORMANDY DR E | SEMMES AL 36575-6022 | 36575-6022 |
| 442569 | R022802031000098. | O | $ 18,000.00 | - | 2016 | 5/8/17 | Mobile | $ 18,993.05 | 12.00% | $ 1,980.64 | 10/1/18 | $ 20,973.69 | Single Family Residential | 1954 LEBARON DR W | MOBILE AL 36618-2478 | 36618-2478 |
| 442569 | R022802031000098. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 912.43 | 12.00% | $ 65.39 | 10/1/18 | $ 977.82 | Single Family Residential | 1954 LEBARON DR W | MOBILE AL 36618-2478 | 36618-2478 |
| 447207 | R022802033003006. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 788.13 | 12.00% | $ 134.24 | 10/1/18 | $ 922.37 | Single Family Residential | 5509 VIENNA AVE | MOBILE AL 36618-2913 | 36618-2913 |
| 447207 | R022802033003006. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 641.16 | 12.00% | $ 45.95 | 10/1/18 | $ 687.11 | Single Family Residential | 5509 VIENNA AVE | MOBILE AL 36618-2913 | 36618-2913 |
| 3409993 | R022804201001021.120 | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 852.88 | 12.00% | $ 61.12 | 10/1/18 | $ 914.00 | Condominium (Residential) | 6701 DICKENS FERRY RD APT 120 | MOBILE AL 36608-3974 | 36608-3974 |
| 3409993 | R022804201001021.120 | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 899.03 | 12.00% | $ 153.13 | 10/1/18 | $ 1,052.16 | Condominium (Residential) | 6701 DICKENS FERRY RD APT 120 | MOBILE AL 36608-3974 | 36608-3974 |
| K00522562 | R022805212000034. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 733.77 | 12.00% | $ 52.59 | 10/1/18 | $ 786.36 | Single Family Residential | 188 WEST DR | MOBILE AL 36608-3233 | 36608-3233 |
| K00522562 | R022805212000034. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 821.76 | 12.00% | $ 165.72 | 10/1/18 | $ 987.48 | Single Family Residential | 188 WEST DR | MOBILE AL 36608-3233 | 36608-3233 |
| K00522562 | R022805212000034. | O | $ 1,000.00 | - | 2015 | 5/5/16 | Mobile | $ 1,837.45 | 12.00% | $ 538.37 | 10/1/18 | $ 2,375.82 | Single Family Residential | 188 WEST DR | MOBILE AL 36608-3233 | 36608-3233 |
| 671776 | R022902440014281. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 997.88 | 12.00% | $ 71.51 | 10/1/18 | $ 1,069.39 | Single Family Residential | 1078 JOY LN | MOBILE AL 36617-2808 | 36617-2808 |
| 671776 | R022902440014281. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,087.86 | 12.00% | $ 185.30 | 10/1/18 | $ 1,273.16 | Single Family Residential | 1078 JOY LN | MOBILE AL 36617-2808 | 36617-2808 |
| 700129 | R022902440027028. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,177.49 | 12.00% | $ 200.57 | 10/1/18 | $ 1,378.06 | Single Family Residential | 2414 KING ST | MOBILE AL 36617-2214 | 36617-2214 |
| 700129 | R022902440027028. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,089.80 | 12.00% | $ 78.10 | 10/1/18 | $ 1,167.90 | Single Family Residential | 2414 KING ST | MOBILE AL 36617-2214 | 36617-2214 |
| 728662 | R022906390003112.01 | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 511.09 | 12.00% | $ 36.63 | 10/1/18 | $ 547.72 | Single Family Residential | 312 S DEARBORN ST | MOBILE AL 36603-1810 | 36603-1810 |
| 728662 | R022906390003112.01 | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 519.97 | 12.00% | $ 104.86 | 10/1/18 | $ 624.83 | Single Family Residential | 312 S DEARBORN ST | MOBILE AL 36603-1810 | 36603-1810 |
| 728662 | R022906390003112.01 | O | $ 500.00 | - | 2015 | 5/5/16 | Mobile | $ 1,594.94 | 12.00% | $ 467.32 | 10/1/18 | $ 2,062.26 | Single Family Residential | 312 S DEARBORN ST | MOBILE AL 36603-1810 | 36603-1810 |
| 755150 | R022906400009232. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 440.20 | 12.00% | $ 31.55 | 10/1/18 | $ 471.75 | Single Family Residential | 1013 OLD SHELL RD | MOBILE AL 36604-2616 | 36604-2616 |
| 755150 | R022906400009232. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 568.38 | 12.00% | $ 96.81 | 10/1/18 | $ 665.19 | Single Family Residential | 1013 OLD SHELL RD | MOBILE AL 36604-2616 | 36604-2616 |
| 823915 | R022907420001471. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,343.80 | 12.00% | $ 228.89 | 10/1/18 | $ 1,572.69 | Single Family Residential | 2017 WELLS AVE | MOBILE AL 36617-3328 | 36617-3328 |
| 823915 | R022907420001471. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 622.43 | 12.00% | $ 44.61 | 10/1/18 | $ 667.04 | Single Family Residential | 2017 WELLS AVE | MOBILE AL 36617-3328 | 36617-3328 |
| K01024581 | R023207400003056. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,315.07 | 12.00% | $ 94.25 | 10/1/18 | $ 1,409.32 | Single Family Residential | 2513 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| K01024581 | R023207400003056. | O | $ 10,000.00 | - | 2015 | 5/5/16 | Mobile | $ 11,426.05 | 12.00% | $ 3,347.83 | 10/1/18 | $ 14,773.88 | Single Family Residential | 2513 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| K01024581 | R023207400003056. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 1,321.69 | 12.00% | $ 266.54 | 10/1/18 | $ 1,588.23 | Single Family Residential | 2513 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| K01024607 | R023207400003056.02 | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 402.18 | 12.00% | $ 81.11 | 10/1/18 | $ 483.29 | Single Family Residential | 2509 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| K01024607 | R023207400003056.02 | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 408.81 | 12.00% | $ 29.30 | 10/1/18 | $ 438.11 | Single Family Residential | 2509 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| K01024607 | R023207400003056.02 | O | $ 1,000.00 | - | 2015 | 5/5/16 | Mobile | $ 1,482.19 | 12.00% | $ 434.28 | 10/1/18 | $ 1,916.47 | Single Family Residential | 2509 RIVERSIDE DR | MOBILE AL 36605-4153 | 36605-4153 |
| 1675798 | R023210400004006. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,101.45 | 12.00% | $ 78.94 | 10/1/18 | $ 1,180.39 | Single Family Residential | 2432 ARC RD | MOBILE AL 36605-4427 | 36605-4427 |
| 1675798 | R023210400004006. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,182.39 | 12.00% | $ 201.40 | 10/1/18 | $ 1,383.79 | Single Family Residential | 2432 ARC RD | MOBILE AL 36605-4427 | 36605-4427 |
| 1039398 | R023210400005034.02 | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,517.92 | 12.00% | $ 258.55 | 10/1/18 | $ 1,776.47 | Single Family Residential | 2732 LOST RIVER RD | MOBILE AL 36605-4411 | 36605-4411 |
| 1039398 | R023210400005034.02 | S1 | $ - | - | 2017 | 4/20/18 | Mobile | $ 666.75 | 12.00% | $ 36.45 | 10/1/18 | $ 703.20 | Single Family Residential | 2732 LOST RIVER RD | MOBILE AL 36605-4411 | 36605-4411 |
| 1062682 | R023301024002086. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,207.61 | 12.00% | $ 86.55 | 10/1/18 | $ 1,294.16 | Single Family Residential | 1227 BARCELONA DR | MOBILE AL 36693-4402 | 36693-4402 |
| 1062682 | R023301024002086. | O | $ 18,000.00 | - | 2016 | 5/8/17 | Mobile | $ 19,347.16 | 12.00% | $ 2,608.17 | 10/1/18 | $ 21,955.33 | Single Family Residential | 1227 BARCELONA DR | MOBILE AL 36693-4402 | 36693-4402 |
| 1124802 | R023305211003092. | O | $ - | - | 2016 | 5/8/17 | Mobile | $ 1,001.07 | 12.00% | $ 170.52 | 10/1/18 | $ 1,171.59 | Single Family Residential | 4305 BARDEN AVE | MOBILE AL 36619-1865 | 36619-1865 |
| 1124802 | R023305211003092. | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 935.01 | 12.00% | $ 67.01 | 10/1/18 | $ 1,002.02 | Single Family Residential | 4305 BARDEN AVE | MOBILE AL 36619-1865 | 36619-1865 |
| 3067066 | R023402100000007.021 | O | $ 67,000.00 | - | 2016 | 5/8/17 | Mobile | $ 68,001.22 | 12.00% | $ 5,346.97 | 10/1/18 | $ 73,348.19 | Single Family Residential | 3100 RICHMOND DR | MOBILE AL 36695-8256 | 36695-8256 |
| 3067066 | R023402100000007.021 | S1 | $ - | - | 2017 | 2/28/18 | Mobile | $ 959.72 | 12.00% | $ 68.78 | 10/1/18 | $ 1,028.50 | Single Family Residential | 3100 RICHMOND DR | MOBILE AL 36695-8256 | 36695-8256 |
| 1473676 | R023706140000009.01 | O | $ 10,000.00 | - | 2015 | 5/5/16 | Mobile | $ 11,432.01 | 12.00% | $ 3,349.58 | 10/1/18 | $ 14,781.59 | Single Family Residential | 7760 MCDONALD RD | IRVINGTON AL 36544-2508 | 36544-2508 |
| 1473676 | R023706140000009.01 | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 1,458.49 | 12.00% | $ 104.53 | 10/1/18 | $ 1,563.02 | Single Family Residential | 7760 MCDONALD RD | IRVINGTON AL 36544-2508 | 36544-2508 |
| 1473676 | R023706140000009.01 | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 1,459.68 | 12.00% | $ 294.37 | 10/1/18 | $ 1,754.05 | Single Family Residential | 7760 MCDONALD RD | IRVINGTON AL 36544-2508 | 36544-2508 |

AL_0527 Schedule of Assets

| Certificate# | APN | Rank | Premium / Overbid | Total Recoverable Fees | Tax Year | Original Auction Date | Issuer | Lien Face Value | Interest Rate | Accrued Interest | Redemptive Value Date | Redemptive Value | Property Type | Full Street Address | City, Town, Zip | Property Zip Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K03367582 | R023809320000015.002 | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 742.58 | 12.00% | $ 53.22 | 10/1/18 | $ 795.80 | Single Family Residential | 9965 CLEVELAND AVE | IRVINGTON AL 36544-3837 | 36544-3837 |
| K03367582 | R023809320000015.002 | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 736.80 | 12.00% | $ 148.59 | 10/1/18 | $ 885.39 | Single Family Residential | 9965 CLEVELAND AVE | IRVINGTON AL 36544-3837 | 36544-3837 |
| K03367582 | R023809320000015.002 | O | $ 10,000.00 | - | 2015 | 5/5/16 | Mobile | $ 10,754.85 | 12.00% | $ 3,121.87 | 10/1/18 | $ 13,876.72 | Single Family Residential | 9965 CLEVELAND AVE | IRVINGTON AL 36544-3837 | 36544-3837 |
| 1325701 | R024403060000003. | S1 | $ - | - | 2016 | 2/3/17 | Mobile | $ 525.84 | 12.00% | $ 106.04 | 10/1/18 | $ 631.88 | Single Family Residential | 11621 HIGHWAY 188 | GRAND BAY AL 36541-5953 | 36541-5953 |
| 1325701 | R024403060000003. | S2 | $ - | - | 2017 | 2/28/18 | Mobile | $ 538.81 | 12.00% | $ 38.61 | 10/1/18 | $ 577.42 | Single Family Residential | 11621 HIGHWAY 188 | GRAND BAY AL 36541-5953 | 36541-5953 |
| 1325701 | R024403060000003. | O | $ 25,000.00 | - | 2015 | 5/5/16 | Mobile | $ 25,565.37 | 12.00% | $ 4,666.13 | 10/1/18 | $ 30,231.50 | Single Family Residential | 11621 HIGHWAY 188 | GRAND BAY AL 36541-5953 | 36541-5953 |

# Signature Certificate

Document Ref.: QWMJR-NJPRZ-ZZXLP-9VFZC

Document signed by:



**John Hanratty**

Verified E-mail:
jh@eburycap.com



*John Hanratty*

Document completed by all parties on:
01 Oct 2018 10:23:15 UTC
Page 1 of 1



Signed with PandaDoc.com

PandaDoc is the document platform that boosts your
company's revenue by accelerating the way it transacts.

