# BLOXTrade Trade Confirmation



BLOXTrade, a BCMG Company

ACTION REQUIRED - BLOXTrade Trade Confirmation for Transaction #: 0584112120180001801

Below is a PDF copy of your BLOXTrade trade confirmation for transaction 0584112120180001801, as well as a downloadable link for the final schedule of assets for this transaction.

**You must submit any changes to the attached final confirmation by November 26, 2018**

As per your BLOXTrade Master Brokerage Agreement, all below trade details will be considered correct and confirmed if BLOXTrade does not receive edits to this confirmation within 24 hours from November 21, 2018.

You will receive and email from LienClear shortly with instructions on how to begin the post-trade assignment process.

We appreciate your business, and value the confidence that you have placed in BLOXTrade as your tax lien broker.

Kind Regards,
Andrew Adler
646-665-4911



# Trade Confirmation

**\*\*Customer is solely responsible for confirming all transaction details below, which shall be presumed to be accurate, confirmed and binding upon Customer <u>within 24 hours after delivery thereof</u> to Customer unless Customer communicates in writing to BloxTrade otherwise within such period\*\***

| | |
|---|---|
| Client: | Ebury Street Capital |
| Attn: | John Hanratty |
| From: | BLOXTrade LLC |
| Date: | November 21, 2018 |

Customer and BloxTrade LLC ("BloxTrade"), hereby agree that this communication confirms the terms and conditions of the Transaction (as defined in the Master Brokerage Services Agreement by and between Customer and BloxTrade) entered into as of the "Trade Date" specified below as follows:

| Trade Details | |
|---|---|
| Trade Confirmation Number: | 0584112120180001801 |
| Product ID: | Blox_NJ_0584 |
| State: | New Jersey |
| Number of Counties: | 9 |
| Number of Certificates: | 18 |
| Trade Type: | Tax Lien Certificates |
| Notional Amount: | $450,384.95 (97% of Redemptive Value) |
| Trade Date: | November 21, 2018 |



| | |
|---|---|
| Effective Date: | November 26, 2018 |
| Documentation: | Purchase & Sale, Escrow, Servicer Agreements |
| Buyer of Tax Lien Pool: | LienClear-0001, LLC |
| Seller of Tax Lien Pool: | Ebury Street Capital, LLC |
| Payment Terms: | Cash payment upon successful transfer of assets. |
| Brokerage commission payable by Customer to BloxTrade: | $0 |
| Notes | |

Please sign here if approved:

**The terms and conditions governing this Transaction and the relationship between Customer and BloxTrade relating thereto are set forth in the Master Brokerage Services Agreement currently in effect between such parties.**

In providing services to Customer pursuance to such agreement, BloxTrade (i) acts solely as an independent broker and not as an agent or fiduciary of Customer or any related counterparty and (ii) at no time assumes a principal position in any trade or Transaction. Customer and the respective counterparty to a Transaction shall be wholly responsible for the settlement of each Transaction and will not rely on BloxTrade therefor. Customer is solely responsible for confirming all Transaction details, which shall be presumed to be accurate, confirmed and binding upon Customer within 24 hours after delivery thereof to Customer unless Customer communicates in writing to BloxTrade otherwise within such period. BloxTrade will not be responsible or held liable for trade differences or transaction detail discrepancies that arise as a result of Customer's failure to check the transaction details set forth above and communicate the same to BloxTrade within such 24-hour period. This Transaction Confirmation does not constitute an offering of securities, tax liens, tax deeds or other products by or on behalf of BloxTrade or its Affiliates.

# Schedule of Assets

## NJ_0584 Schedule of Assets

| Parcel # | Cert # | Street Address | Municipality | County | State | Zip | 11/20/2018 RV | Legal Fees |
|---|---|---|---|---|---|---|---|---|
| 13 00009-0000-00001 | 16-00007 | 41 BERLIN RD | Gibbsboro | Camden | NJ | 8026 | $22,693.48 | $ - |
| 10 00011-0000-00001 | 15-00003 | 184 DENVER AVE | Mantua | Gloucester | NJ | 99999 | $31,551.57 | $ - |
| 10 00099-0000-00003 | 16-00057 | 267 MANTUA BLVD | Mantua | Gloucester | NJ | 8051 | $18,693.65 | $ - |
| 10 00146.01-00020 | 16-00062 | 6 TALLOWOOD CT | Mantua | Gloucester | NJ | 8051 | $31,149.48 | $ - |
| 13 00303-0000-00010 | 17-00008 | 8 CATAWBA AVE | Newfield | Gloucester | NJ | 8344 | $20,699.15 | $ - |
| 15 00086-0000-00013 | 17-00008 | 130 FERNWOOD AVE | Pitman | Gloucester | NJ | 8071 | $19,617.08 | $ - |
| 22 00090.01-00029 | 17-00029 | 65 Dubois AVE | Woodbury | Gloucester | NJ | 8096 | $32,877.31 | $ - |
| 22 00117-0000-00006 | 17-00049 | 17 Newton AVE | Woodbury | Gloucester | NJ | 8096 | $25,822.48 | $ - |
| 10 00224-0000-00007 | 17-00378 | 548 38th ST | Union | Hunterdon | NJ | 7087 | $21,315.33 | $ - |
| 15 10259-0000-00005 | 16-0190 | 150 COTTRELL RD | Old Bridge | Middlesex | NJ | 7747 | $27,422.35 | $ - |
| 51 00024-0000-00034.01 | 17-00006 | 159 ROUTE 526 | Upper Freehold | Monmouth | NJ | 8501 | $38,429.34 | $ - |
| 33 00063.05-00815 | 16-00049 | 815 EGRET CT | Tuckerton | Ocean | NJ | 8087 | $26,200.21 | $ - |
| 08-04917-0000-00004-0001 | 2013-005394 | 70-72 Grand | Paterson | Passaic | NJ | 99999 | $59,653.66 | $ 1,300.00 |
| 08-04917-0000-00004-0001 | 2017-000025 | 70-72 Grand | Paterson | Passaic | NJ | 99999 | $7,771.24 | $ - |
| 05 00187-0000-00002 | 2017-018 | 271 E SHORE LK OWASSA RD | Frankford | Sussex | NJ | 7860 | $23,729.86 | $ - |
| 22 00150.18-00033 | 16-00030 | 707 CANISTEAR RD | Vernon | Sussex | NJ | 7422 | $30,683.36 | $ - |
| 19 00524-0000-00006 | 2017-017 | 662 Ferguson ST | Phillipsburg | Warren | NJ | 8865 | $8,677.07 | $ - |
| 19 01603-0000-00009 | 2017-126 | 499 Center ST | Phillipsburg | Warren | NJ | 8865 | $16,027.76 | $ - |