# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):  Vicente, Harold D.

USDC-PR Bar Number:  117711

Email Address:  hvicente@vclawpr.com

1.  Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:  Ebury Street Capital, LLC

   Defendant:  Thomas R. McOsker

2.  Indicate the category to which this case belongs:

   ☐ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☒ Injunction

3.  Indicate the title and number of related cases (if any).

4.  Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes

   ☒ No

5.  Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes

   ☒ No

6.  Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes

   ☒ No

Date Submitted:  6/18/2019

rev. Dec. 2009

| Print Form | Reset Form |