**Exhibit G**

**From:** John Hanratty <john.hanratty@bcmg.com>
**Date:** June 6, 2019 at 9:00:47 AM EDT
**To:** Andrew Kernan <andrew.kernan@bcmg.com>
**Cc:** Tom McOsker <tom.mcosker@bcmg.com>
**Subject: Re: Thursday afternoon discussion?**

Please send me your current breakdown including interest on escrow amounts taken, legal amounts owed(240k) and settlement (250k).

Onto your collateral , please provide today the following :
1. Scotia bank account balance of IFE . I expect balance is 1mm as required. We can view in real time if easier.
2. Tax credit docs and legal opinion. I need to understand it better to ensure this is valid and can't be pulled back later.
3. List of all toms properties and owners entities.
4. I understand from Tom you guys broke escrow on hgm trade. Are there other people money is owed to either from BCMG or tom personally? You both had previously said there were no other trades unless I misunderstood.

John Hanratty
BCMG
P: 646.568.3240
C: 914.216.4241

**From:** Tom McOsker <tom.mcosker@bcmg.com>
**Subject: Fwd: Ebury-Avenue**
**Date:** April 9, 2019 at 5:22:52 PM AST
**To:** John Hanratty <john.hanratty@bcmg.com>

Please see email below from Badel. I'm perfectly fine with however you want to handle, but we have no capital to reconcile the $190k from trade 2, let alone this $170k that you're agreeing to from trade 1. Remember that Badel does not know this, nor should he, but that may be why he is agreeing to this with you.

I was out of the loop with this conversation with you and Badel, but if your suggestion below is to send Ping the backup for two numbers ($170k trade 1 and $190k trade 2) and he wires direct to avenue tomorrow that's fine with me. If you're expecting that we will wire, however, that's not possible and we need to discuss alternative resolutions before you agree to this with avenue and they expect a wire for $370k out of escrow.

Let me know if you'd like to discuss via phone since I am not back Thursday and Badel mentioned that Avenue and you wanted a resolution tomorrow.

Thomas R. McOsker - CEO
El Caribe Office Building
53 Palmeras Street, Suite 901 | San Juan, PR 00901
Office: 646-568-3243|Mobile:-646-388-0436
www.bcmg.com | tom.mcosker@bcmg.com

Begin forwarded message:

> **From:** Badel Hernandez <badel.hernandez@bcmg.com>
> **Date:** April 9, 2019 at 2:36:04 PM EDT
> **To:** Tom McOsker <tom.mcosker@bcmg.com>
> **Subject: Ebury-Avenue**
>
> Tom,
>
> Brian Lynch contacted John and informed him of the outstanding balance from trade 1 and how they want to be able to get this resolved. John has informed me he is ok with netting the amount ($170k) out of the current trade so as to get things resolved and to just send Ping the amount and the backup. Please let me know how you would like to handle this as I have received multiple emails and calls from Avenue on the subject. Thanks.
>
> Best Regards,
>
> # Badel Hernandez, Esq.
>
> *Associate Manager, LienClear Division*
> **BCMG**
> o: 646-568-3240   d: 646-665-4909
> a: 53 Calle Palmeras Suite 901, San Juan, PR 00901
> w: bcmg.com   e: badel.hernandez@bcmg.com



**From:** Tom McOsker <tom.mcosker@bcmg.com>
**Subject: Re: Updated Schedule - EBURY 2 trade**
**Date:** March 21, 2019 at 10:44:21 AM AST
**To:** john hanratty <jh@eburycap.com>, "brian@tloatax.com" <Brian@tloatax.com>, "tadgh@tloatax.com" <Tadgh@tloatax.com>, "michael@tloatax.com" <michael@tloatax.com>, "leean@tloatax.com" <leean@tloatax.com>
**Cc:** Badel Hernandez <badel.hernandez@bcmg.com>

To address point 3 below:

Avenue deposited  $1,835,767.72 ($1,828,267.72 plus $7,500 in fees) for NJ_0584_B with Ebury. Due to the overfunding error that has been previously discussed with the parties, Avenue was refunded $379,000 of that purchase price on Feb 15.

As to process, yes we confirm that Ebury/MTAG first releases physical certs on or before tomorrow (Fri), TLOAX processes assignments, John signs and then funds are netted and released.


--
TRM


**From:** john hanratty <jh@eburycap.com>
**Date:** Monday, March 18, 2019 at 9:52 AM
**To:** "brian@tloatax.com" <Brian@tloatax.com>, "tadgh@tloatax.com" <Tadgh@tloatax.com>, "michael@tloatax.com" <michael@tloatax.com>, "leean@tloatax.com" <leean@tloatax.com>
**Cc:** Tom McOsker <tom.mcosker@bcmg.com>, Badel Hernandez <badel.hernandez@bcmg.com>
**Subject:** Fwd: Updated Schedule - EBURY 2 trade

Brian-

Thanks for the chat the other day, sorry for the delayed reply. Following is in your order:

1.  We have ordered from MTAG.
2. Attached from my controller Ping Xie are the redemptions.
3. Tom, please provide confirmation of the exact escrow balance currently at bloxtrade/lienclear for this trade. As to settlement process, I believe I am releasing certs, tloax will process the assignments, I sign and then funds are released? Please confirm as well.

Brian, I will circle back on our financing conversations with some more specifics.  Also as discussed, we are looking for better, higher touch servicing options and happy to have further conversations on that as well.

Jh

On Feb 8, 2019, at 11:29 AM, Andrew Kernan <andrew.kernan@bcmg.com> wrote:

Morning John,

I reviewed your email, here is some additional insight and hopefully clarity.  If you'd like to talk, I'm available for the next 1 - 1.5 hours until 1:00 AST, then I'm tied-up.

In short, I think much value will be gained when you and Tom sit down and talk through these items. Capital has been limited and therefore we've consistently stretched all facets of the business as far as they can to ensure there has been consistent movement forward on the various initiatives being pursued.

As it relates to cash movement, I think it is best (easiest) to view cash movement in 2018 and prior, in three buckets as follows:

**1. Earned**
*Source: Company operations.*
Comment: The hard-dollars earned are represented in the statement provided as part of the reporting package last evening. We all wish the top-revenues were higher, however they are not.

**2. Unearned**
*Source: Escrows payable*
Comment: The reconciliation of the current $3.002M which is the stand-alone document between Bloxtrade and Ebury Funds (attached), which I understand John and Edgardo have already reviewed.

**3. No net effect**
*Source: 2016 Tax Credit $1.5M (as John noted)*
Comments: Although the tax credit was received, based on the needs of the company, it was not viewed, nor should it be viewed, as having any material effect on cash flows. The tax credit effectively assisted in addressing o/s escrow payables.

- the tax credit was booked in the 2017 tax year as a recognized receivable as it was understood to be received during the calendar year
- the tax credit was received in April 2018 and immediately utilized to address:
    - $ 791 - outstanding escrow payables (5 trades, detail avail, if needed)
    - 200 - addressing the final payments of the resolved litigation matter (again, detail avail, if needed)
    - 165 - to address legacy payables (items carried-over from 2017) - see my memo, item #4, page 5
    - 325 - return of capital you (Tom) provided the company in 2017; utilized to make real property acquisition
    - **1.481 million**

- the total credit proceeds were $1,510,274 and the delta from the above $1.481M is $28K. This capital was used to addressed a portion of o/s to TrackIt which was $111K at the end of 2017 via three payments (Vanessa, Jorege, MapPlus legal) bringing outstanding down to $84.8K as noted on the payables document provided as part of the reporting packet.

**Summary**

Why the three buckets? Simple. All our financials are consistently prepared with the tax preparation exercise in mind. Therefore, only 'earned cash' is subject to tax, net of expenses.

Attached is the escrow statement as referenced above and titled it "4- Rec - Bloxtrade..." so it is in series in the reporting package provided, document #1 - 4.

Regards,
AHK


Andrew H. Kernan
CFO
BCMG Services, LLC

El Caribe Office Building
53 Palmeras Street, Suite 901
San Juan, PR 00901

646-568-3240 Ext. 8006
andrew.kernan@bcmg.com
www.bcmg.co

---

**From:** John Hanratty
**Sent:** Thursday, February 7, 2019 10:38 PM
**To:** Tom McOsker
**Cc:** Andrew Kernan; Edgardo Vazquez
**Subject:** Re: 2018 close and 2019 outlook, financials, and reporting package

Hi -

I want 100% picture of a cash basis of every BCMG company.  Where is the 2016 tax credit?

Here is what I need, it is simple.

1.  Revenue - BCMG total Cash Intake from credits/revenues and 3mm receivable. Where is the 1-1.5 MM credit received for 2016?  I know of a credit of 1-1.5MM + Bloxtrade 325k (70% Ebury related) + 3mm receivable(EBURY).  That is 4-4.5MM in total cash in.
2.  Expenses - I see expenses of 3mm.  Is this  the 1mm IFE cost as well?

Happy to discuss tomorrow at 9 am wherever you want. There are 5 people in that office, I dont think anyone will interrupt us.

If you want it to be productive as time is important,  I suggest you get me a clear idea of your 2018 cash (this does not do that) with a proposal of you and I going forward.

Jh