| | |
|---|---|
| EBURY STREET CAPITAL, LLC; EB 1EMIALA LLC, EB 2EMIALA, LLC; EBURY FUND 1 NJ LLC; and EBURY FUND 2 NJ, LLC<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS R. McOSKER; LIENCLEAR-0001, LLC; LIENCLEAR-0002, LLC; LIENCLEAR, LLC, BLOXTRADE, LLC BCMG INTERNATIONAL, LLC; GRICKLEGRASS FARMS, LLC; 100 AKER WOOD, LLC; BCMG TECHNOLOGIES, LLC, MAPPLUS, LLC BCMG SERVICES, LLC; McOSKER HOLDINGS, LLC; STONEWALL HOLDINGS, LLC; BCMG, LLC; ECHO RECOVERY SOLUTIONS, LLC; and CAMBISPR, LLC.<br><br>Defendants | CASE 3:19-CV-01598-FAB<br><br>RE: DAMAGES FOR BREACH OF CONTRACT, BAD FAITH, WRONGFUL CONVERSION, UNJUST ENRICHMENT, MONEY HAD AND RECEIVED.<br><br>JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT UNDER RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO.

TO THE HONORABLE FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE:

**COMES NOW** Defendants Thomas R. McOsker; Lienclear-0001, LLC; Lienclear0002, LLC; Lienclear, LLC; Bloxtrade, LLC; BCMG International, LLC; Gricklegrass Farms, LLC; 100 Aker Wood, LLC; BCMG Technologies, LLC; McOsker Holdings, LLC; Stonewall Holdings, LLC; BCMG, LLC; Echo Recovery Solutions, LLC; and CambisPR, LLC, through the undersigned counsel, and *without submitting to the Court's jurisdiction*, respectfully alleges and prays:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Puerto Rico, Defendants hereby disclose that no parent companies, subsidiaries and affiliates of any of the non-governmental corporate parties identified as Defendants have issued shares to the public.

WHEREFORE, Defendants hereby request that this Court take notice of the above and deem that they have complied with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.1 of the Local Rules of the United States District Court for the District of Puerto Rico.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 26th day of June 2019.

**IT IS HEREBY CERTIFIED** that on this same date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

**PIETRANTONI MENDEZ & ALVAREZ LLC**
*Attorneys for Defendants*
Popular Center, 19th Floor
San Juan, PR  00918
Tel.: (787) 274-1212
Fax: (787) 274-1470

/s/ Néstor M. Méndez Gómez
Néstor M. Méndez Gómez
USDC No. 118409
nmendez@pmalaw.com