## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC<br><br>Plaintiffs<br><br>v.<br><br>THOMAS R. MCOSKER, LIENCLEAR – 0001, LLC, LIENCLEAR – 0002, LLC, LIENCLEAR, LLC, BLOXTRADE, LLC, BCMG INTERNATIONAL, LLC, GRICKLEGRASS FARMS, LLC, 100 AKER WOOD, LLC, BCMG TECHNOLOGIES, LLC, MAPPLUS LLC, BCMG SERVICES, LLC, MCOSKER HOLDINGS, LLC, STONEWALL HOLDINGS, LLC, BCMG, LLC, ECHO RECOVERY SOLUTIONS, LLC, and CAMBISPR, LLC<br><br>Defendants | Civil No.  19-1598<br><br><br>DAMAGES FOR BREACH OF CONTRACT, BAD FAITH, WRONGFUL CONVERSION, UNJUST ENRICHMENT, MONEY HAD AND RECEIVED<br><br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT:**

**COME NOW** Plaintiffs EBURY STREET CAPITAL, LLC, EB 1EMIALA, LLC, EB 2EMIALA, LLC, EBURY FUND 1 NJ LLC, and EBURY FUND 2 NJ, LLC, through the undersigned counsel, and very respectfully give notice of the following:

1.     Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs hereby give notice that the above captioned case is voluntarily dismissed, without prejudice.

**WHEREFORE**, the undersigned counsel respectfully requests that the Clerk of the Court and all parties take notice of the forgoing.

-2-

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 3rd day of July, 2019.

> **VICENTE & CUEBAS**
> P.O. Box 11609
> San Juan, PR  00910-1609
> Telephone (787) 751-8000
> Facsimile  (787) 756-5250
>
> */s/Harold D. Vicente*
> **Harold D. Vicente**
> USDC-PR 117711
> *hvicente@vclawpr.com*
>
> */s/ Steven Liong-Rodríguez*
> **Steven Liong-Rodríguez**
> USDC-PR   303011
> *sliong@vclawpr.com*