IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| EBURY STREET CAPITAL, LLC, *et al.*, <br><br>**Plaintiffs,** <br><br>v. <br><br>THOMAS R. MCOSKER, *et al.*, <br><br>**Defendants**. | **Civil No.** 19-1598 (FAB) |

**JUDGMENT**

In accordance with the Order entered today (Docket No. 9), this case is **DISMISSED without prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, July 3, 2019.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
UNITED STATES DISTRICT JUDGE